JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>H&M HENNES & MAURITZ LP; *et al.*,<br><br>Defendants. | Case No.: 2:16-cv-00840-CAS-RAO<br>*Hon. Christina A. Snyder Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: January 6, 2017      By: *Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE